## In re BARNSDALL REFINERIES, Inc.
### BARNSDALL REFINERIES, Inc., v. STATE BOARD OF EQUALIZATION.

No. 24366. March 19, 1935.

Jack Paden, M. D. Kirk, and F. V. Phipps, for plaintiff in error.

The Attorney General, for defendants in error.

PER CURIAM. Indian Territory Illuminating Oil Co. v. State Board of Equalization, cause No. 24271, decided Feb. 12, 1935, 170 Okla. 516, 41 P. (2d) 453, having disposed of this matter, the appeal is dismissed.

---

## In re BARNSDALL OIL CO.
### BARNSDALL OIL CO. v. STATE BOARD OF EQUALIZATION et al.

No. 24367. March 19, 1935.

Jack Paden, M. D. Kirk, and F. V. Phipps, for plaintiff in error.

The Attorney General, for defendants in error.

PER CURIAM. Indian Territory Illuminating Oil Co. v. State Board of Equalization, cause No. 24271, decided Feb. 12, 1935, 170 Okla. 516, 41 P. (2d) 453, having disposed of this matter, the appeal is dismissed.